STEPHEN B. McCREA
Attorney at Law
P.O. Box 1501
608 Northwest Blvd., Suite 101
Coeur d'Alene, ID 83814
(208) 666-2594 | FAX (208) 664-4370
email: sbmccrea@cda.twcbc.com
Idaho State Bar No. 1654

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. 13-20997-TLM |
| Kathryn Lorraine McKenzie, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | |

### STATEMENT OF NO OBJECTION

The undersigned attorney for Kathryn Lorraine McKenzie, Stephen B. McCrea, represents to the Court as follows:

1. That a copy of the **Motion to Dismiss** was mailed, first class, postage prepaid, or served electronically, to each name and address as set forth in the previously filed Certificate of Service attached to the **Motion to Dismiss** (Docket #52).

2. That no objections have been served upon the undersigned nor to the best of my knowledge have any objections been filed in the Office of the Clerk within the time set forth in the Notice.

3. That the applicant herein is entitled to the relief requested and the filed **Motion to Dismiss** herein should be granted.

4. A proposed order of dismissal of the Chapter 13 case has been emailed to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 4th day of February, 2014.

/s/ STEPHEN B McCREA
Attorney for Debtor

Certificate of Service

I hereby certify that on the 4th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Mark A Ellingsen Mae@witherspoonkelley.com, conniem@witherspoonkelley.com
Tecla Elizabeth Markosky tecla@qwestoffice.net, tracy26@qwestoffice.net, janetelaine@cableone.net, kenanderson@qwestoffice.net, tecla.markosky@gmail.com
Matthew K Shriver mshriver@rcolegal.com
US Trustee ustp.region18.bs.ecf@usdoj.gov
C Barry Zimmerman barryzimmerman@cda.twcbc.com, coeurecf@ramapo.com; bzimmerman@ecf.epiqsystems.com

And, I hereby certify that I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s) All creditors and parties in interest contained on the court's mailing matrix attached hereto.

/s/ SUSI DINGMAN, Assistant to
STEPHEN B. McCREA